**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 16-cv-00780-GPG
(**The above civil action number must appear on all future papers sent to the court in this action.   Failure to include this number may result in a delay in the consideration of your claims.**)

ANTHONY LOLIN JIMENEZ, SR. (Sui Juris),

   Plaintiff,

v.

FOURTH JUDICIAL DISTRICT ATTORNEY'S OFFICE,
DAN MAY (Administrative/Individual), d/b/a Dan May (District Attorney, Official Capacity),
JEANNIE SMITH (Administrative/Individual), d/b/a Jeannie Smith (Former District
      Attorney), and
EDWARD SAMUEL COLT (Administrative/Individual), d/b/a Edward Samuel Colt (16304)
      (District Court Judge, Official)

   Defendants.

---

ORDER GRANTING LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915

---

Plaintiff, a Colorado state prisoner, has submitted to the court *pro se* a Complaint (ECF No. 1), a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (ECF No. 3), a document titled "Combined Affidavit Petition for Show Cause for Acts Performed Under 7 U.S.C.A. § 9(3); 28 U.S.C.A. § 1343(a)(3)" (ECF No. 4), and a Motion for Supplemental Jurisdiction (ECF No. 5).   The Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 will be granted.   The account statement attached to the motion indicates that Plaintiff has had a negative balance in his inmate account throughout the six-month period immediately preceding the filing of this action and it is apparent that Plaintiff is unable to pay an initial partial filing fee pursuant to

§ 1915(b)(1).

Title 28 U.S.C. § 1915 requires a prisoner bringing a civil action "to pay the full amount of a filing fee."  28 U.S.C. § 1915(b)(1).  If a prisoner is unable to afford the full amount of the filing fee when the case is filed, the statute provides for payment of the filing fee through an initial partial filing fee and monthly installments of the balance until the full filing fee is paid.  However, "[i]n no event shall a prisoner be prohibited from bringing a civil action or appealing a civil or criminal judgment for the reason that the prisoner has no assets and no means by which to pay the initial partial filing fee."  28 U.S.C. § 1915(b)(4).

Plaintiff may proceed in this action without payment of an initial partial filing fee.  However, although he need not pay an initial partial filing fee, Plaintiff remains obligated to pay the required $350.00 filing fee through monthly installments regardless of the outcome of this action.  Plaintiff has consented to disbursement of partial payments of the filing fee from his inmate account.  (*See* ECF No. 3 at 3.)  Accordingly, it is

ORDERED that the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (ECF No. 3) is granted.  It is

FURTHER ORDERED that Plaintiff may proceed in this action without payment of an initial partial filing fee.  It is

FURTHER ORDERED that Plaintiff's custodian shall disburse from Plaintiff's inmate account monthly payments of 20 percent of the preceding month's income credited to this inmate account until Plaintiff has paid the total filing fee of $350.  *See* 28 U.S.C. § 1915(b)(2).  Interference by Plaintiff in the submission of these funds will result in the dismissal of this action.  It is

FURTHER ORDERED that Plaintiff is advised that notwithstanding any filing fee,

or any portion thereof, that may have been paid, the Court shall dismiss at any time all or any part of such complaint which (1) is frivolous or malicious; (2) fails to state a claim on which relief can be granted; or (3) seeks monetary relief from a defendant who is immune from such relief.   *See* 28 U.S.C. § 1915(A)(b); 28 U.S.C. § 1915(e)(2).   It is

FURTHER ORDERED that Plaintiff's custodian shall continue to disburse monthly payments from Plaintiff's inmate account until full payment of the filing fee has been paid to the Court, even after disposition of the case and regardless of whether relief is granted or denied.   It is

FURTHER ORDERED that the Clerk of the Court shall send a copy of this Order to DOC_inmateaccounts@state.co.us.   It is

FURTHER ORDERED that the Motion for Supplemental Jurisdiction (ECF No. 5) is denied as unnecessary.

DATED April 5, 2016, at Denver, Colorado.

BY THE COURT:

s/ Gordon P. Gallagher
United States Magistrate Judge